**TOWER MANUFACTURING CO., Inc., Plaintiff, v. MONSANTO CHEMICAL WORKS, Defendant.**

Circuit Court of Appeals, Second Circuit. June 17, 1929.

No. 346.

Prindle, Wright, Neal & Bean, of New York City (Edwin J. Prindle and Chester H. Biesterfeld, both of New York City, of counsel), for plaintiff.

Wood, Molloy & France, of New York City (Melville J. France, of New York City, of counsel), for defendant.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

**WERNER, HARRIS & BUCK, Bondholders' Committee, Intervener, Appellant, v. EQUITABLE TRUST CO. et al., Appellees.**

Circuit Court of Appeals, Tenth Circuit. June 6, 1929.

No. 50.

Chas. Battelle and C. E. Herring, both of Omaha, Neb., for appellees.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM. The motion to dismiss the appeal herein on the ground of absence of necessary parties appellee is overruled without prejudice on authority of Lockman v. Lang (C. C. A. 8) 132 F. 1, 3–5; Gray v. Grand Forks Mercantile Co. (C. C. A. 8), 138 F. 344, 346; and on the ground of the lack of capacity of the appellant to prosecute the appeal is overruled with prejudice on the authority of International News Service v. Associated Press, 248 U. S. 215, 233, 39 S. Ct. 68, 63 L. Ed. 211, 2 A. L. R. 293.

Let an order be entered accordingly.